[No. 11270-5-III. Division Three. May 28, 1992.]

E.P. JOHNSON CONSTRUCTION, INC., *Appellant*, v.
OKANOGAN COUNTY PUBLIC UTILITY
DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 87-2-00186-7, John E. Bridges, J., entered November 15, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11508-9-III. Division Three. May 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. W.R.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 90-1-00032-7, Philip W. Borst, J., entered March 26, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 14905-2-II. Division Two. May 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
HAROLD BAILEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04621-6, Nile E. Aubrey, J., entered April 3, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 14950-8-II. Division Two. May 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LUTHER
ROY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00541-1, Terry D. Sebring, J., entered